UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS CARTER,

      Plaintiff,

  v.

CITY OF OAKLAND, ET AL.,

      Defendants.
_____/

No. C-11-04982 EDL  (DMR)

**ORDER REQUIRING COMPLIANCE WITH SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above matter is set for a settlement conference before Magistrate Judge Donna M. Ryu on June 11, 2012. In the April 25, 2012 Notice of Settlement Conference and Settlement Conference Order, the court ordered each party to lodge an exchanged settlement conference statement and a confidential settlement letter by June 1, 2012. Doc. no. 20. To date, the parties have not fully complied with the requirements of the Settlement Conference Order.

    IT IS HEREBY ORDERED that the parties shall comply with the requirements and procedures set forth in this court's Notice of Settlement Conference and Settlement Conference Order by serving and/or lodging the required documents by no later than **12 noon, June 7, 2012.** Failure to comply with the court's order may result in the issuance of sanctions.

    IT IS SO ORDERED.

Dated: June 6, 2012

_____
DONNA M. RYU
United States Magistrate Judge