| | |
|---|---|
| 1 | BRIAN K. HILLIARD (SBN 244193) |
| 2 | DOMINIC H. PORRINO (SBN 248425) |
| | HILLIARD & PORRINO, P.C. |
| 3 | 3911 HARRISON STREET |
| | OAKLAND, CA 94611 |
| 4 | TELEPHONE: (510) 653-8886 |
| 5 | FACSIMILE: (510) 653-8889 |
| 6 | Attorney for Plaintiff |
| | CARLOS CARTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| CARLOS CARTER, an individual, | Case No.: C11-04982 |
| Plaintiff, | PLAINTIFF'S REQUEST FOR DISMISSAL AND REQUEST FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS; ~~PROPOSED~~ ORDER |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; CITY OF OAKLAND POLICE DEPARTMENT, a municipal corporation; ANTHONY BATTS in his capacity as POLICE CHIEF for CITY OF OAKLAND; OFFICER CARTER; and DOES 1-100, inclusive; individually and in their capacities as POLICE for CITY OF OAKLAND | Judge: Mag. Elizabeth D. Laporte |
| | Courtroom: E, 15th Floor |
| Defendants | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Carlos Carter ("Plaintiff") requests that the Court dismiss with prejudice all claims against all named Defendants any and all Doe Defendants.

Dated: July 31, 2012

HILLIARD & PORRINO, P.C.

BRIAN K. HILLIARD
Attorneys for Plaintiff CARLOS CARTER

PLAINTIFF'S REQUEST FOR DISMISSAL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO) C11-04982

- 1 -

[~~PROPOSED~~ ORDER]

For good cause as contained in the Request for Dismissal With Prejudice , the Court Orders that all claims against all named Defendants and Doe Defendants are dismissed with Prejudice.

**IT IS SO ORDERED**

Dated: August 1, 2012



The Honorable Elizabeth D. Laporte
United States Magistrate Judge
Judge Elizabeth D. Laporte

PLAINTIFF'S REQUEST FOR DISMISSAL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO) C11-04982

- 2 -

HILLIARD & PORRINO, P.C.
3911 Harrison Street, Oakland, Ca 94611
Tel. (510) 653-8886, Fax (510) 653-8889