```
BRIAN K. HILLIARD (SBN 244193)
DOMINIC H. PORRINO (SBN 248425)
HILLIARD & PORRINO, P.C.
3911 HARRISON STREET
OAKLAND, CA 94611
TELEPHONE:   (510) 653-8886
FACSIMILE:   (510) 653-8889

Attorney for Plaintiff
CARLOS CARTER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| CARLOS CARTER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; CITY OF OAKLAND POLICE DEPARTMENT, a municipal corporation; ANTHONY BATTS in his capacity as POLICE CHIEF for CITY OF OAKLAND; OFFICER CARTER; and DOES 1-100, inclusive; individually and in their capacities as POLICE for CITY OF OAKLAND<br><br>    Defendants | Case No.: C11-04982<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL AND REQUEST FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS; ~~PROPOSED~~ ORDER<br><br>Judge: Mag. Elizabeth D. Laporte<br><br>Courtroom: E, 15th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Carlos Carter ("Plaintiff") requests that the Court dismiss with prejudice all claims against all named Defendants any and all Doe Defendants.

Dated: July 31, 2012

                                                      HILLIARD & PORRINO, P.C.

                                                      BRIAN K. HILLIARD
                                                      Attorneys for Plaintiff CARLOS CARTER

PLAINTIFF'S REQUEST FOR DISMISSAL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO) C11-04982

- 1 -

[~~PROPOSED~~ ORDER]

For good cause as contained in the Request for Dismissal With Prejudice, the Court Orders that all claims against all named Defendants and Doe Defendants are dismissed with Prejudice.

**IT IS SO ORDERED**

Dated: August 1, 2012



IT IS SO ORDERED
Judge Elizabeth D. Laporte

PLAINTIFF'S REQUEST FOR DISMISSAL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO) C11-04982

- 2 -

HILLIARD & PORRINO, P.C.
3911 Harrison Street, Oakland, Ca 94611
Tel. (510) 653-8886, Fax (510) 653-8889